UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN M. HARMON,<br><br>    Petitioner,<br><br>    v.<br><br>CENTRAL DISTRICT OF CALIFORNIA,<br><br>    Respondent. | No. CV 19-9680-JLS (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Coram Nobis,

IT IS ADJUDGED that the Petition For Writ of Coram Nobis is summarily dismissed.

DATED: November 20, 2019

JOSEPHINE L. STATON
United States District Judge